UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HARDY,

        Plaintiff,              Case no. 10-14712
                                     HON. JOHN CORBETT O'MEARA

v.

MARK FERGUSON and BRIAN
McLAUGHLIN,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed Magistrate Judge Mark A. Randon's January 19, 2012 Report and Recommendation, as well as Plaintiff's February 2, 2012 Objections, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED by this court.

IT IS FURTHER ORDERED that Defendants' July 28, 2011 Motion to Dismiss and/or for Summary Judgment is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice.

                                                               s/John Corbett O'Meara
                                                               United States District Judge

Date: March 19, 2012

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 19, 2012, using the ECF system and/or ordinary mail.

          s/William Barkholz
          Case Manager